■ In the Matter of SYDNEY J. CHASE, a Disbarred Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.—Motion by respondent for reargument of petitioner's motion to confirm the Special Referee's report, and upon reargument to modify this court's order dated September 8, 1986, which disbarred the respondent. Motion denied. Mollen, P. J., Lazer, Mangano, Thompson and Bracken, JJ., concur.